IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL KULLBERG,<br><br>Defendant. | CR 22-9-M-DWM-1<br><br><br><br>ORDER |

Defendant Michael Kullberg having moved unopposed to withdraw his pending motion for compassionate release,

IT IS ORDERED that the motion (Doc. 82) is GRANTED and his motion for compassionate release (Doc. 70) is deemed WITHDRAWN.

DATED this ____ day of March, 2024.

_____
Donald W. Molloy, District Judge
United States District Court